Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6220 | **DATE** | 11/10/2009 |
| **CASE TITLE** | Stephanie Hendrick vs. National Railroad Passenger Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 11/10/2009. Case is dismissed without prejudice with leave to reinstate within 60 days.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|